AB:SME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

PIOTR SKRECZKO,

Defendant.

- - - - - - - - - - -X

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF
ARREST WARRANT

(T. 18, U.S.C., § 2252(a)(2))

18-M-1039

EASTERN DISTRICT OF NEW YORK, SS:

      ELIZABETH JENSEN, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

      In or about and between February 2018 and April 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant PIOTR SKRECZKO did knowingly receive any visual depiction, the production of such visual depiction having involved the use of one or more minors engaging in sexually explicit conduct and such visual depiction was of such conduct, using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce or which contains materials which have been mailed or so shipped or transported, by any means including by computer.

      (Title 18, United States Code, Section 2252(a)(2)).

2

The source of your deponent's information and the grounds for her belief are as follows:

1. I have been a Special Agent of the FBI since January 2015, and I am currently assigned to the New York Office. Since June 2017, I have been assigned to a Crimes Against Children squad. I have been assigned to investigate violations of criminal law relating to the sexual exploitation of children. I have gained expertise in this area through training in classes and daily work related to conducting these types of investigations. As part of my responsibilities, I have been involved in the investigation of numerous child pornography cases and have reviewed thousands of photographs depicting children (less than eighteen years of age) being sexually exploited by adults. Through my experience in these investigations, I have become familiar with methods of determining whether a child is a minor. I am also a member of the Eastern District of New York Project Safe Childhood Task Force.

2. I have personally participated in the investigation of the offenses discussed below. I am familiar with the facts and circumstances of this investigation from: my personal participation in the investigation, my review of documents, my training and experience, and discussions I have had with other law enforcement personnel. Additionally, statements attributable to individuals herein are set forth in sum and substance and in part.

3. In or about and between December 12, 2017 and February 11, 2018, law enforcement observed a Bittorrent network user sharing child pornography from the IP address 96.239.28.27. On or about February 11, 2018, an FBI Special Agent working in an undercover capacity (the "Undercover Agent"), used a Bittorrent application via an Internet-

3

connected computer located within the FBI New York Division to conduct undercover investigations into the Internet distribution and possession of child pornography. During this investigation, a computer that was sharing child pornography was located on the Bittorrent file sharing network. The Undercover Agent downloaded one image and one video file containing child pornography. The sharing client's IP address was recorded along with the date and time of the file transfer. The sharing client reported that it was using Bittorrent client software "BT 71000 Bittorrent 7.10." Your Affiant reviewed the files downloaded. These files, which are available for the Court's review, are described as follows:

    a. **003.MTS.jpg** is a compilation of 16 photos depicting a nude prepubescent female, approximately six years old. The photos focus on her vagina and buttocks.

    b. **003.MTS** is a video of a nude prepubescent female, approximately six years old, dancing on bed sheets. The camera focuses on her vagina. The prepubescent female puts her hand on her vagina and rubs her vagina as she dances. She turns away from the camera and puts her knees and hands on the bed sheets while the camera shows a close up of her buttocks and vagina.

4. The IP address assigned to the computer sharing the above files was 96.239.28.27 on the date referenced above. The Bittorrent application used by the FBI captures the IP address from which the files were sent. All of the above files were downloaded from the IP address 96.239.28.27. When users on this file sharing network download files, the computers sharing files can be identified by their IP addresses. Investigators can view and describe the completely downloaded files. Open source database searches revealed the IP address 96.239.28.27 was registered to Verizon Fios.

5. Records obtained from Verizon Fios by administrative subpoena showed that on February 11, 2018, the IP address 96.239.28.27 was associated with "1878

4

SUYDAM STREET, RIDGEWOOD, NEW YORK 11385" (the "Brooklyn Address"). The account was listed in the name "PIOTR SKRECZKO".

6. On or about April 4, 2018, the Honorable Sanket J. Bulsara, United States Magistrate Judge, issued a warrant authorizing a search of the Brooklyn Address. On April 6, 2018, law enforcement agents executed the search warrant at the Brooklyn Address.

7. The defendant PIOTR SKRECZKO was at the Brooklyn Address at the time of the execution of the search warrant. Law enforcement agents participated in a voluntary interview of the defendant at that time. The defendant was advised of the identities of the interviewing agents, the nature of the interview, and that he was not under arrest and was permitted to leave the premises. The defendant stated that he understood that he was not in custody.

8. After initially denying that he downloaded child pornography, the defendant PIOTR SKRECZKO admitted to receiving and viewing child pornography as recently as April 5, 2018 and stated that he went to "kiddiegfs" to view images. The defendant further identified five snapshots of the video described in paragraph 3.b, and he stated that he recalled downloading that video.

9. During the interview, the defendant PIOTR SKRECZKO identified a desktop computer and Samsung cellular telephone on the premises as belonging to him. A forensic examination of those devices revealed over 800 images consistent with child pornography, 4 videos consistent with child pornography, and over 1,000 images of child erotica.

5

WHEREFORE, your deponent respectfully requests that the Court issue an arrest warrant for the defendant PIOTR SKRECZKO so that he may be dealt with according to law. I further request that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant. Based upon my training and experience, premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving the defendant an opportunity to flee from prosecution, destroy or tamper with evidence and change patterns of behavior.

ELIZABETH JENSEN
Special Agent
Federal Bureau of Investigation

Sworn to before me this
30th day of October, 2018

THE HONO  S/ Lois Bloom
UNITED ST
EASTERN D